IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| MICHAEL HARDWICK, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 4:15-cv-665-O-BL |
| § | |
| CAROLYN W. COLVIN, § | |
| Acting Commissioner of Social Security § | |
| Administration, § | |
| § | |
| Defendant. § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made a report and recommendation in this case. *See* ECF No. 11. No objections were filed. The District Court reviewed the proposed report and recommendation for plain error. Finding none, the Court **ACCEPTS** the Report and Recommendation of the United States Magistrate Judge.

Therefore, it is **ORDERED** that the Report and Recommendation of the United States Magistrate Judge are accepted as the findings of the Court. Accordingly, this case is **DISMISSED without prejudice** for want of prosecution.

**SO ORDERED** on this **30th day** of **March, 2016.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE